1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO and ELVIRA NIETO,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and others,<br><br>  Defendants. | Case No. 14-cv-03823 (NC)<br><br>**ORDER TO FILE PROPOSED PROTECTIVE ORDER and REMINDER ABOUT INITIAL DISCLOSURES DUE DECEMBER 3** |

At the initial case management conference in this case on November 19, 2014, the Court ordered the parties to file a proposed protective order by November 26. The Court has yet to receive the proposed order. Accordingly, the parties are ordered to file an agreed protective order by December 3 at noon. If the parties have been unable to agree on a proposed protective order, they may by the same deadline file separate proposed orders and either a short memorandum describing the differences or a redlined document that includes the competing provisions. If defendants no longer desire a protective order, they must file a supplemental case management statement saying so.

As a reminder, one of the purposes of the protective order is to facilitate the timely exchange of initial disclosures required under Federal Rule of Civil Procedure 26(a)(1).

Case No. 14-cv-03823 (NC)
ORDER RE PROTECTIVE ORDER

1  Those initial disclosures are due to be exchanged by tomorrow, December 3. "A party is
2  not excused from making its disclosures because it has not fully investigated the case or
3  because it challenges the sufficiency of another party's disclosures or because another party
4  has not made its disclosures." Fed. R. Civ. P. 26(a)(1)(E).

     Again as a reminder, under Rule 26(a)(1)(A)(i) each party in its initial disclosures must provide to the other parties the name, and if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses.

IT IS SO ORDERED.

Date: December 2, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge