UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO and ELVIRA NIETO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and others,<br><br>　　　　Defendants. | Case No. 14-cv-03823 (NC)<br><br>**ORDER GRANTING STANDARD PROTECTIVE ORDER and DENYING HEIGHTENED PROTECTIVE ORDER**<br><br>Dkt. No. 13 |

　　　The Court has considered the protective orders proposed by the parties in this civil rights case arising from the March 21, 2014, shooting death of Alex Nieto. Plaintiffs propose the District's Standard Protective Order. Dkt. No. 13-1. Defendants propose a modified version of the District's Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. Dkt. No. 13-2. The heightened Protective Order includes a designation for "Attorney's Eyes Only" information.

　　　This is not a case about patents or trade secrets. The critical inquiry is whether the identity of the officers involved in Nieto's death should be disclosed only under the "Attorney's Eyes Only" category. At the case management conference, defendants' counsel asserted that the identity of the involved officers is not publicly known.

Case No. 14-cv-03823 (NC)
ORDER RE PROTECTIVE ORDER

Defendants assert that disclosing the names of the involved officers will put them in serious danger. The Court takes these concerns seriously, but must balance them against the need for public transparency and the mandate for the "just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1.

In sum, the Court is not convinced that the complexities of a heightened protective order would be in the interest of justice. The Court therefore GRANTS the protective order proposed by plaintiffs and DENIES the heightened protective order proposed by defendants.

The exchange of initial disclosures required by Federal Rule of Civil Procedure 26 should proceed subject to the protections of the standard protective order.

IT IS SO ORDERED.

Date: December 2, 2014

Nathanael M. Cousins
United States Magistrate Judge