United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO and ELVIRA NIETO,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 3:14-cv-03823 NC<br><br>**ORDER SETTING HEARING**<br><br>Dkt. No. 16 |

    The Court sets a discovery hearing for December 22, 2014 at 2:00 p.m. in Courtroom A, 15th Floor, San Francisco. By December 17 at noon, each party must file a proposed order addressing the relief sought and the city must **lodge** (not file) with chambers in San Francisco a copy of the incident report and initial disclosures made under Rule 26. Finally, by December 19 at noon the city must file (and may move to seal) declarations evidencing the "recent threats to kill the officers who were involved in the shooting of Alex Nieto." See Dkt. No. 16.

**IT IS SO ORDERED.**

Dated: December 15, 2014

                                                              NATHANAEL COUSINS
                                                              United States Magistrate Judge