UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REFUGIO NIETO ET AL

        Plaintiff(s),                    No. 14-03823 NC (MEJ)

    v.                                NOTICE OF CONTINUANCE
                                            <u>OF SETTLEMENT CONFERENCE</u>

CITY AND COUNTY OF SAN FRANCISCO, et al.

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for April 8, 2015, in Magistrate Judge James' Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 **has been continued until August 19, 2015, at 10:00 a.m.**

Counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Settlement Conference statements, if not previously submitted, are due seven (7) court days before the conference.

The parties shall notify Magistrate Judge James' chambers immediately if this case settles prior to the date set for settlement conference.

Dated: April 8, 2015

                                                  *Rose Maher*
                              _____
                              Rose Maher, Courtroom Deputy to
                              Maria-Elena James
                              United States Magistrate Judge