1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10    REFUGIO NIETO, et al.,

11              Plaintiffs,                Case No. 14-cv-03823 NC

12         v.                              **ORDER GRANTING PLAINTIFF THE OPPORTUNITY TO RESPOND TO DEFENDANTS' SUPPLEMENTAL EVIDENCE; CONTINUING HEARING TO NOVEMBER 6, 2015, 1:00 P.M.; AND TENTATIVE RULING ON SUMMARY JUDGMENT**

13    CITY AND COUNTY OF SAN
      FRANCISCO, et al.,

14
              Defendants.

15

16                                         Re: Dkt. Nos. 59-62

17

18          In their reply in support of summary judgment, Defendants have submitted four

19    additional declarations with evidence they wish this Court to consider. *See* Dkt. Nos. 59-

      62. However, "[t]he district court need not consider arguments raised for the first time in a

20    reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007). Therefore, this Court

21    is not required to consider the four additional declarations. If the Nietos wish to object to

22    these declarations or respond to their merits, they have until November 5, 2015, at noon to

23    do so.

24          The Court continues the hearing to November 6, 2015, at 1:00 p.m. in San

25    Francisco Courtroom D.

26          Finally, the Court's tentative ruling on Defendants' motion for summary judgment

27    is to DENY it due to a genuine dispute of material facts. This does not apply to the Nietos'

28    Case No. 14-cv-03823 NC

*United States District Court*
*Northern District of California*

1    *Monell* claim, which they have agreed not to pursue.

2

3    **IT IS SO ORDERED.**

4

5    Dated:  November 2, 2015         _____

6                        NATHANAEL M. COUSINS
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Case No.: 14-cv-03823 NC       2