**JOHN L. BURRIS, SBN 69888**
**ADANTE D. POINTER, SBN 263229**
**LATEEF H. GRAY, SBN 250055**
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Facsimile
John.Burris@JohnBurrisLaw.com
adante.pointer@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

REFUGIO NIETO, et al.,

        Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No.: C14-03823-NC

**JOINT PRETRIAL CONFERENCE STATEMENT**

**Pre Trial Conf:  February 2, 2016**
**Trial Date:        March 1, 2015**
**Honorable NATHANAEL COUSINS**

    The parties submit this JOINT PRETRIAL CONFERENCE STATEMENT pursuant to the Court's Scheduling Order:

**1) Brief Description of the Issues to Be Decided**

    a. Plaintiffs Refugio and Elvira Nieto bring causes of action against Defendant San Francisco Police Officers Richard Schiff, Jason Sawyer, Roger Morse and Nathan Chew arising out of the shooting death of their son, Decedent Alejandro "Alex" Nieto. They allege federal causes of action pursuant to 42 U.S.C. Section 1983 for violations of their Fourteenth Amendment rights for interference with their familial relationship. They also bring federal causes of action for 42 U.S.C Section 1983 claims as successors –in-interest for violating their son's Fourth Amendment right. Plaintiffs' federal causes of action are grounded in the factual allegation the four Defendant

Officers used excessive force against Decedent Alejandro "Alex" Nieto.  In addition, Plaintiffs bring claims arising out of State law for committing a wrongful death (negligence) and battery.

b.  Defendants contend that they used reasonable force because they believed that decedent pointed a gun at them and either was shooting at them, or about to shoot them.  They also believe that they are entitled to qualified immunity.  Defendants also dispute the nature and extent of Plaintiffs' damages.

2)  **Plaintiffs' Statement of the Relief Sought and Evidentiary Material in Support:**

a.  General Damages:

   i.  14th Amendment: Interference with Familial Relationship: Plaintiffs Refugio and Elvira Nieto are entitled to recover damages under the 14th Amendment for the loss of their relationship with their son.

   ii.  Wrongful Death: Plaintiffs Refugio and Elvira Nieto are entitled to recover wrongful death general damages, including reasonable compensation for the death of their son Alejandro "Alex" Nieto.  Monetary relief sought for general damages incorporates considerable non-compensated services Plaintiffs lost due to the death of their son, including but not limited to, the loss of society, comfort, guidance, education, care, protection, and companionship, which they lost as a result of the Decedent's death.

   iii.  Evidentiary Materials: pictures, videos, journal entries, achievement certificates and witness testimony.

b.  Survival Damages:

   i.  Plaintiffs Refugio and Elvira Nieto seek to recover survival damages on behalf of the Decedent for the conscious pain and suffering he endured from the moment he was aware he was going to be shot until he lost consciousness.

   ii.  Evidentiary Materials: pictures, CAD, medical records and witness testimony.

c.  Special Damages:

   i.  Among other special damages, the trier of fact is to consider any financial support Plaintiffs would have received except for the Decedent's death. This award for special damages would also compensate Plaintiffs for the loss of any financial support, gifts, allowance or benefits resulting from the death of the Decedent.  In addition, they seek to recover all burial and funeral expenses.

    ii.  Evidentiary Materials: Receipts from: Driscoll's Mortuary: $5,999.38; Our Lady of Antipolo: $6,055.65; Art In Stone: $1,771.00; witness testimony

  d.  Attorney Fees:

    i.  Plaintiffs also seek relief for reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988.

  e.  Punitive Damages

    i.  Plaintiffs seek to recover punitive damages from the four individual Defendant Police Officers.

**3) All Stipulated, Undisputed Facts**

  a.  Undisputed Facts

    i.  The shooting death of Decedent, Alejandro "Alex" Nieto occurred on March 21, 2014

    ii.  The shooting incident took place in Bernal Heights Park

    iii.  The shooting incident took place at approximately 7:11 p.m.

    iv.  San Francisco Police Officers Roger Morse, Richard Schiff, Jason Sawyer and Nathan Chew each fired their guns at Alejandro Nieto

    v.  Mr. Nieto was 28 years old at the time of his death

    vi.  Each of the four Defendant Police Officers were POST trained and certified

    vii.  Each of the four Defendant Police Officers claimed Mr. Nieto held a taser and pointed it at the group of Officers

    viii.  Mr. Nieto was wearing a red jacket, black jeans, black boots, white t-shirt, sunglasses

    ix.  Mr. Nieto was struck by bullets fired from some of the four Defendant Officers

    x.  Mr. Nieto's cause of death was multiple gunshot wounds

    xi.  SFPD Crime Scene Investigators did not locate any AFIDS (Anti-Felon Identification System) tabs in the crime scene

**4) Disputed Factual Issues to Be Tried (Defendants do not believe that all of these facts are material, nor that all of them are in dispute)**

  a.  Whether Officer Schiff and Sgt. Sawyer told Mr. Nieto to "show me your hands"

  b.  Whether Mr. Nieto told Defendant Officers Schiff and Sgt. Sawyer "No, show me your hands"

c.   Whether Officer Schiff and Sgt. Sawyer gave a verbal warning prior to using deadly force against Mr. Nieto

d.   Whether any of the officers or Mr. Nieto said anything else at the scene, and when

e.   Whether Mr. Nieto first raised his hands chest high, then reached and pulled the taser from its holster and pointed the taser at Officer Schiff and Sgt. Sawyer (Defendant does not agree that fact must specifically be decided)

f.   Whether Mr. Nieto pointed the taser at Officer Schiff and Sgt. Sawyer.

g.   Whether the officers reasonably believed that the object in Mr. Nieto's hand was a gun that shot bullets, and not a taser.

h.   Whether Mr. Nieto deployed the taser

i.   Whether Mr. Nieto squeezed the trigger of the taser and if so, how many times

j.   Whether the timestamps on the taser are reliable and accurate

k.   What information concerning the times that Mr. Nieto pulled the trigger on the taser were accurately calculated by Mr. Brian Chiles.

l.   What portion if any, the third party witness (Mr. Theodore) observed of the incident

m.  The order and sequence of the gunshots

n.   At what point in time did Mr. Nieto lose consciousness

o.   The position of Mr. Nieto's body as the Officers fired their guns

p.   The exact location of the incident scene within Bernal Heights Park

q.   Mr. Nieto's location when the Officers fired their guns

r.   The Officers' respective locations when they fired their guns

s.   Whether Mr. Nieto's taser was functioning/operational at the time of the incident

t.   Whether Mr. Nieto's taser causes recoil

u.   Whether Mr. Nieto's taser emits muzzle flash and/or muzzle fire

v.   Whether Mr. Nieto's taser emitted a red beam during the shooting incident

w.   Whether Mr. Nieto's taser experiences time drift and to what extent it's timing mechanism was/is affected by this phenomenon

x.   The manner in which Mr. Nieto's taser functioned, including whether it recoiled, created an electric arc, emitted a red laser beam, and how the clock functioned as it relates to clock drift

y.   Where the third party witness was standing when he observed the incident

z.   The total number of shots fired at Mr. Nieto

aa.  The nature of Mr. Nieto's relationship with Plaintiff Refugio Nieto

4

bb. The nature of Mr. Nieto's relationship with Plaintiff Elvira Nieto

cc. The manner in which SFPD informed Plaintiffs about their son's death

dd. Where was Mr. Theodore standing when he saw the incident

ee. Whether Mr. Nieto pointed his taser at Mr. Snow and his dog;

ff. Whether Mr. Nieto's mental illness contributed to his decision to pull out his taser, point it at the officers, and pull the trigger

**5) A List of Proposed Stipulations for Pretrial and Trial Purposes**

   a. None.

**6) Each Disputed Point of Law Concerning Liability or Relief**

   a. 4th Amendment claim for Excessive Force

      i. Plaintiffs as successors in interest to Mr. Nieto, allege the Defendant Officers used unreasonable force during the course of this incident.  Claims of this sort are analyzed under the 4th Amendment and the issue is whether the force used was objectively reasonable.  <u>Graham v. Connor</u>, 490 U.S. 386, 394 (1989). The reasonableness of the Officers' conduct must be analyzed based upon information the officers were aware of at the time the force was used.  <u>*Glenn v. Washington County*</u>, 673 F.3d 864, 873, fn. 8 (9th Cir. 2011).

   b. 14th Amendment claim for Interference with Familial Relationship (Due Process Clause):

      i. Plaintiffs claim the Defendant Officers deprived them of their liberty interest in the companionship and society of their son through official conduct.  <u>Wilkinson v Torres</u>, 610 F.3d 546, 554 (9th Cir. 2010).  Due Process clause is violated by executive action when it can be properly characterized as arbitrary, or conscience shocking, in a constitutional case.  <u>County of Sacramento v Lewis</u>, 523 U.S. 833, 845-47 (1998).  Mere negligence or liability grounded in tort does not meet the standard for a substantive due-due process decision.  *Id.* at 849. Plaintiffs must prove that the officers used force for the purpose of causing harm and not for a legitimate law enforcement purpose.  *Moreland v. Las Vegas Metropolitan Police Dept.,* 159 F.3d 365, 369 (9th Cir. 1998).

   c. Negligence (Wrongful Death)

      i. Plaintiffs, as successors in interest to Mr. Nieto, allege the death of Mr. Nieto was a direct and proximate result of the negligence of the four Defendant

Officers and assert direct liability against the four Defendant Officers and the City under a theory of respondeat superior for wrongful death.  A wrongful death action may be maintained for the "death of a person caused by the wrongful or neglect of another."  Code of Civ. Proc., 377.60.  Defendants have immunity under state law for use of reasonable force, and cannot be liable for pre-shooting conduct if it was reasonable and/or did not cause harm.  Cal. Penal Code §835a, *Han v. City of Folsom*, WL 1956521 (E.D. Cal. April 29, 2015).

    d.  Battery

        i.  Plaintiffs, as successors in interest to Mr. Nieto, allege the Defendant Officers intentionally caused Mr. Nieto to be touched without Mr. Nieto's consent and the contact harmed him and whether the officers used reasonable force in doing so.  CACI 1300.  \

    e.  Qualified Immunity – Whether a reasonable officer in the officers' position would know that they were violating a clearly defined constitutional law.  Defendants believe that if the jury finds that the officers reasonably believed that Mr. Nieto was pointing a gun at them, then they would be entitled to qualified immunity.

**7)  Each Party's Proposed Conclusions of Law if the Action Is to Be Tried Without Jury**

    a.  Not Applicable

**8)  A List of Witnesses that Each Party Intends to Call at Trial and Brief Description**

    **Plaintiffs' List**

| | WITNESS | TESTIMONY |
|---|---|---|
| 1 | REFUGIO NIETO | regarding injuries and damages to plaintiffs |
| 2 | ELVIRA NIETO | regarding injuries and damages to plaintiffs |
| 3 | HECTOR NIETO | regarding injuries and damages to plaintiffs |
| 4 | YAJAIRA BARRERA | regarding subject incident, injuries and damages to plaintiffs |
| 5 | ANTONIO G. THEODORE | regarding subject incident, injuries and damages to plaintiffs |
| 6 | ROBIN BULLARD | regarding subject incident |
| 7 | EVAN SNOW | regarding subject incident |
| 8 | NOREEN LEAHAY | regarding subject incident |
| 9 | NATHAN CHEW | regarding subject incident, injuries and damages to plaintiffs |

| 10 | JASON SAWYER | regarding subject incident, injuries and damages to plaintiffs |
| 11 | RICHARD SCHIFF | regarding subject incident, injuries and damages to plaintiffs |
| 12 | ROGER MORSE | regarding subject incident, injuries and damages to plaintiffs |
| 13 | TIGRAN ANTONIAN | regarding subject incident, injuries and damages to plaintiffs |
| 14 | JOHN BURKE | regarding subject incident, injuries and damages to plaintiffs |
| 15 | JOHN CAGNEY | regarding subject incident, injuries and damages to plaintiffs |
| 16 | REX CALAUNAN | regarding subject incident, injuries and damages to plaintiffs |
| 17 | FELIPE FERNANDEZ | regarding subject incident and examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 18 | ROEL DILAG | regarding subject incident, injuries and damages to plaintiffs |
| 19 | SAMUEL SHADOW | regarding subject incident, injuries and damages to plaintiffs |
| 20 | TIMOTHY ISGITT | regarding subject incident |
| 21 | JUSTIN FRITZ | regarding subject incident |
| 22 | ADRIANA CAMARENA | regarding damages to plaintiffs |
| 23 | BENJAMIN BACSIERRA | regarding damages to plaintiffs |
| 24 | MARCO MOJICA | regarding damages to plaintiffs |
| 25 | EDGAR TORRES | regarding damages to plaintiffs |
| 26 | LETICIA SILVA | regarding damages to plaintiffs |
| 27 | INDIANA QUADRA | regarding damages to plaintiffs |
| 28 | BRANDON F. MACMILLIAN | regarding damages to plaintiffs |
| 29 | TORRANCE BYNUM | regarding damages to plaintiffs |
| 30 | HELEN CALDERON | regarding damages to plaintiffs |
| 31 | MELANIE E. MACMILLIAN | regarding damages to plaintiffs |
| 32 | ROBERTO ALFARO | regarding damages to plaintiffs |
| 33 | DR. JOSE CUELLAR | regarding damages to plaintiffs |
| 34 | JEFFREY STALLCUP | regarding damages to plaintiffs |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 35 | CATHERINE MARROQUIN | regarding damages to plaintiffs |
|----|----|----|
| 36 | DEBORAH GALLEGOS | regarding damages to plaintiffs |
| 37 | JOSE LUIS PAVON | regarding damages to plaintiffs |
| 38 | ROBERTO HERNANDEZ | regarding damages to plaintiffs |
| 39 | MATTHEW PRINDEVILLE | regarding damages to plaintiffs |
| 40 | DAVID EISENBERG | regarding damages to plaintiffs |
| 41 | CARLOS GONZALEZ | regarding damages to plaintiffs |
| 42 | SHAUN MICHAEL CROWDER | regarding damages to plaintiffs |
| 43 | ELY FLORES | regarding damages to plaintiffs |
| 44 | JORGE DELRIO | regarding damages to plaintiffs |
| 45 | ROGER CLARK | regarding police practices |
| 46 | AMY HART | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 47 | SUSAN KELLER | regarding investigation of medical examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 48 | OCTAVIO JIMENEZ | regarding investigation of medical examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 49 | MAC FERRON | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 50 | MARK NAGAYO | regarding investigation of medical examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 51 | MARK POWING | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 52 | GREG PIZZARO | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 53 | PRENDEL | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 54 | J. WASLEY | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 55 | JERRY WEDRYCHOWSKI | regarding the autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 56 | DENNIS RODELAS | regarding examination of the scene |
| 57 | DENI NIBUNCO | regarding examination of the scene |

| 58 | ANTONIO MARCHINI | regarding investigation of medical examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 59 | JIM POSADA | regarding investigation, examination, observations and/or findings involving the subject incident |
| 60 | NICOLAS LEMOS | regarding the toxicology examination, observations and/or findings of Mr. Alejandro Nieto |
| 61 | APARICIO | regarding the medical examiners office examination, observations and/or finding |
| 62 | MARK PROIA | regarding firearm and report |
| 63 | MICHAEL OLKIEWICZ | regarding subject incident and evidence |
| 64 | RICHARD O'REILY | regarding subject incident and evidence |
| 65 | A. HELLMAN | regarding investigation of medical examination, observations and/or findings of Mr. Alejandro Nieto's body |
| 66 | BRYAN CHILES | regarding examination, observations and/or findings of Mr. Nieto's taser |
| 67 | TIM REDMOND | regarding subject incident |
| 68 | ROSALYN ROUEDE | regarding subject incident and evidence |
| 69 | HECTOR SAINEZ | regarding subject incident and evidence |
| 70 | RONAN SHOUDICE | regarding subject incident and evidence |
| 71 | HUGH HALL | regarding subject incident and evidence |
| 72 | CARL BONNER | regarding subject incident, inspection and evidence |
| 73 | SETH RISKIN | regarding subject incident |
| 74 | LT. SANCHEZ | regarding subject incident and communication with expert |
| 75 | RICHARD MORGANTE | regarding Mr. Nieto's prior contacts with Arthur Vega |
| 76 | MIGUEL GONZALES | regarding subject incident |
| 77 | JAIME GARON | regarding subject incident |
| 78 | FLYNN | regarding Mr. Nieto's prior contacts with Arthur Vega |

JOINT PRE-TRIAL CONFERENCE STATEMENT

**DEFENDANTS' WITNESS LIST**

| WITNESS | TESTIMONY |
| --- | --- |
| Jason Sawyer | Events leading up to and including shooting incident |
| Roger Morse | Events leading up to and including shooting incident |
| Richard Schiff | Events leading up to and including shooting incident |
| Nathan Chew | Events leading up to and including shooting incident |
| Seth Riskin | Crime scene investigation |
| Rosalyn Rouede | Crime scene processing and status |
| Timothy Isgitt | Interactions and observations of Nieto just prior to shooting; communication with dispatch |
| Justin Fritz | Interactions and observations of Nieto just prior to shooting; communication with dispatch |
| Evan Snow | Interactions and observations of Nieto just prior to shooting |
| Don Cameron | Expert testimony re police practices |
| Craig Fries | Expert testimony regarding bullet trajectory analysis, 3D modeling and incident reconstruction |
| Dr. Emily Keram | Expert testimony regarding forensic psychology and Nieto's state just prior to shooting |
| Dr. Amy Hart | The autopsy examination, observations and/or findings of Mr. Alejandro Nieto's body |
| Dr. Nicholas Lemos | Toxicology report |
| Mark Prioa | Firearm and ballistic analysis firearm and report |
| Michael Olkiewicz | Crime scene and total station measurements |
| Bryan Chiles | Taser analysis of Nieto's taser |
| Yajaira Barrerra-Estrada | Nieto's life and activities in the weeks leading to the incident, including TRO, and purchase of taser |
| Arthur Vega | Nieto's activities in the weeks prior to the incident, including incident where Nieto shot him with taser |
| Jesse Gerarde | Nieto's behavior on Jan. 11, 2011 (Carolina Mitchell's father) |
| Officer Yuen | Report of missing person (Nieto) on Feb. 21, 2011 |
| Officer Sanchez, Curry or Lim | Report of Nieto resulting in 5150 commitment, Aug. 15, 2011 |
| Custodians of records, if necessary | Authenticate documents |

| Dr. Jessica Tran | Nieto treating doctor |
|---|---|
| Dr. Laurie Richer | SFGH Doctor 2011 |
| Dr. K. Peters | SFGH psychiatrist |
| Dr. Jose Sanchez | UCSF Doctor 2013 |

**9) PARTIES OBJECTIONS TO FOLLOW:**

**Plaintiffs' List of Items to Be Offered as Exhibits at Trial**

| EX. # | EXHIBIT/BATES # | DESCRIPTION | OBJECTIONS |
|---|---|---|---|
| 1. | Deposition of Refugio Nieto with Exhibits | Relationship with his Son and the incident | |
| 2. | Deposition of Elvira Nieto with Exhibits | Relationship with her Son and the incident | |
| 3. | Audio File of Nieto's Parents Interview | Interview regarding their son and the incident | |
| 4. | Plaintiffs Request for Production of Documents with Attachments | | |
| 5. | Deposition of Yajaira Barrera Estrada with Exhibits | Relationship with Nieto | |
| 6. | Audio of Robin Bullard | His observations of the incident | |
| 7. | Declaration of Robin Bullard | His observations of the incident | |
| 8. | CAD TRANSCRIPT (CCSF_NIETO_000247-000264) | 911 call of the incident | |
| 9. | 911 Call Audio of Robin Bullard | 911 call of the incident | |
| 10. | Deposition – Antonio Theodore with Exhibits | His observations regarding the incident | |
| 11. | Deposition of Justin Fritz | His observations regarding the incident | |
| 12. | 911 Audio of Justin Fritz | His observations regarding the incident | |
| 13. | Statement of Justin Fritz (CCSF_NIETO_000085 – 000103) | His observations regarding the incident | |

| 14. | Video Statement of Justin Fritz | His observations regarding the incident | |
| 15. | Deposition of Timothy Isgitt  with Exhibits | His observations regarding the incident | |
| 16. | Statement of Timothy Isgitt (CCSF_NIETO_000131 – 000149) | His observations regarding the incident | |
| 17. | Video Statement of Timothy Isgitt | His observations regarding the incident | |
| 18. | Text messages re: incident dated March 22, 2014 (A. Nieto 000001) | Messages regarding the incident | |
| 19. | Deposition of Evan Snow with Exhibits | His observations regarding the incident | |
| 20. | Statement of Evan Snow (CCSF_NIETO_000104 – 000120) | His observations regarding the incident | |
| 21. | Audio of Evan Snow | His observations regarding the incident | |
| 22. | Email from Evan Snow to SFPD re: Nieto OIS (CCSF_NIETO_000083 – 000084) | His thoughts about the incident | |
| 23. | Photos of Evan Snow and his dog (Siberian Husky) (A. Nieto000002-A.Nieto000010) | Photos of Snow and his Dog | |
| 24. | Deposition of Noreen Leahy  with Exhibits | Knowledge regarding the incident and one of the witnesses | |
| 25. | Statement of Noreen Leahy (CCSF_NIETO_000121 – 000130) | Knowledge regarding the incident and one of the witnesses | |
| 26. | Audio of Noreen Leahy | Knowledge regarding the incident and one of the witnesses | |
| 27. | Deposition of Officer Roger Morse  with Exhibits | His observations regarding the incident | |
| 28. | Officer Roger Morse's statement (CCSF_NIETO_006939 -006974; 000190 – 000208) | His observations regarding the incident | |
| 29. | Photos of Officer Roger Morse in | Description of Officer Roger Morse | |

| | | | |
|---|---|---|---|
| | | uniform(CCSF_NIETO_ 002032 - 002035) | |
| | 30. | Photos of Officer Roger Morse's weapon, bullets (Bates #) | Description of Officer Roger Morse's weapons and bullets |
| | 31. | Video File of Officer Roger Morse | His observations regarding the incident |
| | 32. | Officer Roger Morse's Training Report (CCSF_NIETO_004310 – 004315)) | Description of his relevant police training |
| | 33. | Deposition of Sgt. Jason Sawyer with Exhibits | His observations regarding the incident |
| | 34. | Sgt. Jason Sawyer's Statement (CCSF_NIETO_006824 – 006865; 000169 – 000189) | His observations regarding the incident |
| | 35. | Photos of Sgt. Jason Sawyer in uniform (CCSF_NIETO_002024 – 002027)) | Description of Sgt. Jason Sawyer |
| | 36. | Photos of Sgt. Jason Sawyer's weapon, bullets | Description of Sgt. Jason Sawyer's weapons and bullets |
| | 37. | Video File of Sgt. Jason Sawyer | His observations regarding the incident |
| | 38. | Jason Sawyer's Training Report (CCSF_NIETO_004316 – 004326)) | Description of his relevant police training |
| | 39. | Deposition of Officer Richard Schiff with Exhibits | His observations regarding the incident |
| | 40. | Statement of Officer Richard Schiff (CCSF_NIETO_006886 – 006929; 000209 – 000229)) | His observations regarding the incident |
| | 41. | Photos of Officer Richard Schiff's in uniform (CCSF_NIETO_002036 - 002039) | Description of Officer Richard Schiff |
| | 42. | Photos of Officer Richard Schiff's weapon, bullets (Bates #) | Description of Officer Richard Schiff's weapon and bullets |
| | 43. | Video File of Officer Richard Schiff | His observations regarding the incident |

13
JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | | |
|---|---|---|---|
| 44. | Officer Richard Schiff's Training Report (CCSF_NIETO_004327) | Description of his relevant police training | |
| 45. | Deposition of Officer Nathan Chew with Exhibits | His observations regarding the incident | |
| 46. | Statement of Officer Nathan Chew (CCSF_NIETO_006983 – 007019; 007108 – 007127) | His observations regarding the incident | |
| 47. | Photos of Officer Nathan Chew in uniform (CCSF_NIETO_002028 – 002031) | Description of Officer Nathan Chew | |
| 48. | Photos of Officer Nathan Chews weapon, bullets | Description of Officer Nathan Chew's weapon and bullets | |
| 49. | Video File of Officer Nathan Chew | His observations regarding the incident | |
| 50. | Officer Nathan Chew's Training Report (CCSF_004305 – 004309) | Description of his relevant police training | |
| 51. | Deposition of Inspector Rouede with Exhibits | Her observations regarding the incident | |
| 52. | Diagrams of Crime Scene Produced by SFPD Investigators (CCSF_NIETO_000279 – 000283) | Description of the crime scene | |
| 53. | Photos of Crime Scene (CCSF_NIETO_002377 – 002453 | Description of the crime scene | |
| 54. | Photos of scene taken by Officer Tigran Antonian | Description of the crime scene | |
| 55. | Photos of maps and drawings on scene by Officer Michal Olkiewizc | Description of the crime scene | |
| 56. | Photos of maps and drawings of scene by Officer Richard O'Reily | Description of the crime scene | |
| 57. | Officer Seth Riskin's statement re: 7 photos taken with his dept. issued smartphone | Description of the crime scene | |
| 58. | Officer Samuel Snadow's statement re: the incident | His observations regarding the incident | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | |
|---|---|---|
| 59. | Officer Miguel Gonzalez's report re: transporting Isgitt and Fritz to Ingleside Station | Statements that were made during the transport | |
| 60. | Officer Hugh Hall's statement re: actions taken to prevent items from blowing away from crime scene | Preservation of crime scene | |
| 61. | Crime Scene log created by Officer Garon | His observations regarding the incident | |
| 62. | CSI, Insp. Shoudice, Ofc. Nibungco, Ofc. Rodelas and Ofc. Roude processed and collected evidence at scene | Description of their individual observations regarding the incident and the crime scene | |
| 63. | Incident Report # 140240512 | Observations regarding the incident | |
| 64. | Shells retrieved from the Crime Scene (CCSF_NIETO_003202 – 003318) | Description of the crime scene | |
| 65. | Officer Involved Shooting Memo re: SFPD | Memo regarding the shooting | |
| 66. | Internal Affairs Investigation & Recommendation | Description of Internal Affairs investigation of the incident | |
| 67. | Video of the Crime Scene | Description of the crime scene | |
| 68. | Police Radio Traffic Audio #1 | Audio of the incident | |
| 69. | Police Radio Traffic Audio #2 | Audio of the incident | |
| 70. | Photos of Police Vehicles | Description of the crime scene | |
| 71. | Total Station of Body and Police cars | Description of the crime scene | |
| 72. | Crime Scene Investigative Reports | | |
| 73. | Sound Cloud of the shots from the incident | Shots of the incident | |
| 74. | Aerial Maps of the Scene | Description of the crime scene | |
| 75. | Photos of the Crime Scene including police vehicles, Nieto's Body on the ground, items near Nieto's Body and placing | Description of the crime scene | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | | |
|---|---|---|---|
| | | of shells | |
| | 76. | Photos of Nieto's body on the ground | Description of Alejandro Nieto's body |
| | 77. | Nieto Order Form for M26C Taser and FedEx Packaging of Taser (A. Nieto000292; 000314)) | Description of the taser that Alejandro Nieto ordered |
| | 78. | Photos, Manual and Warranty of Taser M26C (A. Nieto000293 – 000313) | Description of the taser |
| | 79. | Taser Photos (CCSF_Nieto002285 – 002302) | Photos of Nieto's Taser |
| | 80. | Taser Manual (CCSF_Nieto007809) | Description of the taser |
| | 81. | Atlas of Conducted Electric Weapon Wounds and Forensic Analysis, Chapter Nine; (A. Nieto000064 – 000081) | Taser Analysis |
| | 82. | Photos of when Nieto discharged the taser prior to the incident (A. Nieto000284 – 000290) | Description of the taser |
| | 83. | Taser with Cartridge | Description of the taser |
| | 84. | Deposition of Expert Brian Chiles with Exhibits | Testimony regarding his expertise on tasers |
| | 85. | Taser Background /Activation Report | Description of operation of tasers |
| | 86. | June 30, 2014 Taser Expert Brian Chiles Report to SF District Attorney's Office (CCSF_NIETO_000051 – 000060) | His analysis of Nieto's taser |
| | 87. | TASER International Training Materials | Description of a taser's use |
| | 88. | Photos of Items found in Nieto's Car (CCSF_NIETO_007785 – 007821) | Items found in Nieto's car |
| | 89. | Photos of Nieto's body from Coroner's Office | Description of Nieto's wounds |
| | 90. | Medical Examiner - Coroner's Report | Description of Nieto's wounds and his cause of death |

16

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | | |
|---|---|---|---|
| 91. | Nieto's Death Certificate (A. Nieto000162) | Death Certificate | |
| 92. | Medical Examiner Evidence Log | Description of Items found on Nieto | |
| 93. | Medical Examiner Hart's Declaration | Nieto's Cause of Death | |
| 94. | Photos and X-rays from Medical Examiner (CCSF_NIETO_003198 – 003201) | Location of the bullets in Nieto's body | |
| 95. | Toxicology Report | Description of any toxins in Nieto's system | |
| 96. | Bullet Wound Diagram prepared by the Coroner's Office | Description of where the bullets struck Nieto | |
| 97. | Articulating Human Body Exemplar | Demonstrative evidence | |
| 98. | Body Diagram | Human Body Diagram | |
| 99. | Expert Craig Fries Report Re: Trajectory with Exhibits | Report regarding trajectory | |
| 100. | Expert Craig Fries Deposition with Exhibits | Testimony regarding trajectory | |
| 101. | Expert Craig Fries Declarations | Declarations regarding trajectory | |
| 102. | Items Craig Fries relied on to come to his conclusion | Basis for his report | |
| 103. | San Francisco District Attorney Memo re: Nieto Police Shooting | Memo regarding the shooting | |
| 104. | SFPD Police Report #140240512 (CCSF_NIETO_000001 – 000022) | Description of the incident and relevant statements | |
| 105. | SFPD Investigation | Description of the incident | |
| 106. | R. Roude Crime Scene Report  CCSF-Nieto_000268 – CCSFNieto_000294 | Description of the incident | |
| 107. | SFPD Examination Requests | | |
| 108. | Firearms Reports and Examinations | | |
| 109. | SFPD Range Report | | |

17

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 110. | Firearm Discharge Review Board | |
|---|---|---|
| 111. | SFPD 5 Year Study on OIS (CCSF_NIETO_001000 – 001180) | Description of Officer Involved Shootings |
| 112. | SFPD Academy re: Firearms | Training on Firearms |
| 113. | SFPD Bulletin re: Use of Force | Training on Use of Force |
| 114. | SFPD Course on Arrests | Training on Arrests |
| 115. | SFPD Powerpoint re: Fake Guns | Training on Fake Guns |
| 116. | SFPD Field Training Manual | Field TrainingManual |
| 117. | SFPD Force Options Lesson | Training on Force Options |
| 118. | SFPD Lesson on Use of Firearms | Training on Use of Firearms |
| 119. | SFPD Policy on Officer Involved Shootings | Policy on Officer Involved Shootings |
| 120. | SFPD Training – Arrest & Control | Trainings on Arrest and Control |
| 121. | SFPD Use of Firearm Policy | Policy on Use of Firearm |
| 122. | SFPD Power Point re: Use of Force | Power Point Slide on Use of Force |
| 123. | POST Learning Domains #1, 2, 3, 20, 21, 33, 35 | Training Materials for the Police Department |
| 124. | Video of Nieto and friends | Video of Nieto with Friends |
| 125. | Photos of Nieto with friends and family (A. Nieto000115 – 000159; 000280 - 000283) | Video of Nieto with friends and family |
| 126. | El Toro Nightclub Records | Nieto's Employment at El Toro Nightclub |
| 127. | SFPD Incident Report # 130-2 83-259 | Nieto reporting a crime |
| 128. | SFPD Incident Report # 130-4 29-271 | Nieto reporting a crime |
| 129. | SFPD Incident Report # 130-183-762 (CCSF_NIETO_003437 – 003453) | Nieto reporting a crime |
| 130. | SFPD Incident Report #130-187-140 | Arrest of Arthur Vega |

| | | | |
|---|---|---|---|
| | | (CCSF_NIETO_007760 – 007783) | |
| | 131. | SFPD Incident Report # 130-187-140 (CCSF_NIETO_007774 – 07777) | Arrest of Arthur Vega |
| | 132. | City and County of SF Employment Application (A. Nieto000082) | Nieto's Employment Application |
| | 133. | Tear Gas and Pepper Spray Certificate; Loss Prevention Certificates (A. Nieto000084 – 000085) | Certificates that Nieto received |
| | 134. | Email from Loss Prevention Group (A. Nieto000091) | Registration of Nieto's Loss Prevention Classes |
| | 135. | Taser and Baton Training Class Registration Form (A. Nieto000086 – A. Nieto 0000090) | Nieto's Registration Forms for Taser and Baton Training Classes |
| | 136. | Nietos' Security Guard Permit | Nieto's Guard Card |
| | 137. | Nieto's City College of San Francisco Certificate | Nieto's Certificate from City College of San Francisco |
| | 138. | Nieto's Personal Statement for U.C. Berkeley (A. Nieto 000093 – 000095) | Nieto's Personal Statement for College |
| | 139. | Letter of Recommendation from David Eisenberg (A. Nieto0000096) | Letter of Recommendation for Nieto |
| | 140. | Letter from Nieto to Daisaku Ikeda (A. Nieto000097) | Nieto's Personal Correspondence |
| | 141. | Various Certificates and Awards and High School Diploma (A. Nieto000098 – 000112 | Nieto's Certificates of Achievement |
| | 142. | Letter dated November 18, 2013 from Nieto to Director of Detention Diversion Advocacy (A. Nieto000114 | Nieto's Personal Correspondence |
| | 143. | Nieto's Resume (A. Nieto000092) | Nieto's Resume |
| | 144. | UPS Employment | Nieto's Employment History |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | | |
|---|---|---|---|
| | | Records (A. Nieto000279) | |
| | 145. | Driscoll's Valencia Street Serra Mortuary (A. Nieto 000275 – 000278) | Nieto's Burial Expenses |
| | 146. | Police Reports re: Vega | Vega's Arrest History |
| | 147. | Office of Citizen Complaints Investigation Report Re: Nieto | Complaints regarding Nieto's Investigation |
| | 148. | Restraining Order – Nieto against Vega | Restraining Orders against Vega |
| | 149. | Restraining Order – Estrada against Vega (CCSF_NIETO_007778 – 007783) | Restraining Orders against Vega |
| | 150. | Deposition of Roger Clark with Exhibits | Roger Clark's testimony re: police practices and his report of the incident |
| | 151. | Roger Clarks' Expert Report and CV (A. Nieto000013 -000062) | Roger Clark's Report re: his analysis of the incident |
| | 152. | Deposition of Dr. Emily Keram  with Exhibits | Dr. Emily Keram's testimony re: her expert in psychology and suicide by cop |
| | 153. | Dr. Emily Keram Expert Report re: psychology and suicide by cop | Dr. Keram's report re: psychology and suicide by cop |
| | 154. | Articles re: the Nieto Shooting and the SF Medical Examiners Office (A. Nieto000164 – 000274) | Articles re: the Nieto Shooting and Medical Examiner's Office |
| | 155. | SFPD Incident Report Number 130-777-177 (CCSF_Nieto_3418-3420) | Nieto reporting a crime committed by Arthur Vega |
| | 156. | SFPD Incident Report Number 140-190-127 (CCSF_Nieto_3421-3423) | Nieto reporting a crime committed by Arthur Vega |
| | 157. | Nieto's Journal Entries (A. Nieto000316-000323) | Description of his thoughts about goals and life |
| | 158. | Don Cameron's Expert Report Regarding Police Practices along with CV | His expertise in police practices and report of the incident |
| | 159. | Home Video #1(A. | Home Video with Estrada's |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | children | |
|---|---|---|---|
| 160. | Home Video #2(A. Nieto000325) | Home Video of Birthday Party | |
| 161. | Home Video #3(A. Nieto000326) | Home Video with Estrada's children | |

**Defendants Exhibits to be Marked for Identification:**

| EX. # | BATES # | DESCRIPTION | OBJECTIONS |
|---|---|---|---|
| 1. | CCSF-NIETO_007227-7231, 7235 | Photos of scene and taser | |
| 2. | | Medical Records from Kaiser San Francisco | |
| 3. | CCSF-NIETO_003198 – 201 | Photographs from the Medical Examiner – Bullets and Xrays | |
| 4. | | Taser invoice | |
| 5. | CCSF-NIETO_007814-15 | City College Education Plan | |
| 6. | CCSF-NIETO_007785 | Involuntary Patient Advisement | |
| 7. | CCSF-NIETO_004862 CCSF-NIETO_004867 - CCSF-NIETO_004964 CCSF-NIETO_004972 - CCSF-NIETO_004977 CCSF-NIETO_004979 CCSF-NIETO_004986 - CCSF-NIETO_004987 CCSF-NIETO_004989 - CCSF-NIETO_004990 CCSF-NIETO_004992 CCSF-NIETO_004994 CCSF-NIETO_005024 - CCSF-NIETO_005025 CCSF-NIETO_005027 CCSF-NIETO_005034 - CCSF-NIETO_005038 CCSF-NIETO_005051 CCSF-NIETO_005054 - CCSF-NIETO_005055 CCSF-NIETO_005063 - CCSF-NIETO_005136 | Photos of scene | |
| 8. | CCSF-NIETO_007796 | NLPOA flier | |
| 9. | CCSF-NIETO_006768 - 77 | Morse Profile and Training Summary | |
| 10. | CCSF-NIETO_007786 - 89 | Declaration of William Barnard regarding involuntary commitment and administration of medication. | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 11. | CCSF-NIETO_007793 | Mental Health Advocacy Project regarding 14-day hold for mental health treatment. | |
| 12. | CCSF-NIETO_007820 - 21 | Testing Accommodations Request Form, Fall 2012 | |
| 13. | CCSF-NIETO_006762 - 67 | Schiff Profile and Training Summary | |
| 14. | CCSF-NIETO_006742 - 61 | Sawyer Profile and Training Summary | |
| 15. | CCSF-NIETO_003598 - 3607 | Written CAD | |
| 16. | | Medical records from Kaiser Permamenente, Santa Clara | |
| 17. | CCSF-NIETO_001535 - 58 | "Officer Safety: Not a Toy" Presentation | |
| 18. | | Plaintiffs' Government Tort Claim | |
| 19. | CCSF-NIETO_007794 - 95 | Notice of Certification of 14 -day hold | |
| 20. | CCSF-NIETO_000838 - 39 | Vehicle Processing Report | |
| 21. | CCSF-NIETO_007816 - 17 | How to prepare for your 14- day hold | |
| 22. | CCSF-NIETO_007810 - 13 | City College of San Francisco Academic History Worksheet | |
| 23. | CCSF-NIETO_006699 - 701 | Internal Affairs Map regarding location | |
| 24. | CCSF-NIETO_001181 - 83 | General Order 5.02 | |
| 25. | CCSF-NIETO_007804 - 06 | Financial Aid Office Appeal/Petition Application | |
| 26. | CCSF-NIETO_005363 - 80 | Taser M26C Operating Manual | |
| 27. | | Incident Report No. 090137500 | |
| 28. | CCSF-NIETO_003397 - 409 | Incident Report No. 110009166 | |
| 29. | CCSF-NIETO_000370 - 71 | Incident Report No. 100603427 | |
| 30. | CCSF-NIETO_000744 - 47 | Incident Report No. 110094361 | |
| 31. | CCSF-NIETO_000375 - 77 | Incident Report No. 110154357 | |
| 32. | | Request for Domestic Violence Restraining Order, Case No. FDV-11-808453 | |
| 33. | | Temporary Restraining Order in Case No. FDV-11-808453 | |
| 34. | CCSF-NIETO_000466 - 70 | Medication Capacity Hearing Findings and Order (5332) | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 35. | CCSF-NIETO_000360 - 62 | Incident Report No. 110652618 | |
|-----|------------------------|-------------------------------|---|
| 36. | CCSF-NIETO_000471 - 75 | Notice of Certification for 14-day hold, Notice of Certification for Intensive Treatment, Letter from Mental Health Advocacy Project, Patient Advisement of Capacity Hearing, and Certification Review Findings and Order. | |
| 37. | CCSF-NIETO_007791 - 92 | 5250 Certification and Order | |
| 38. | CCSF-NIETO_007797 - 800 | SFGH Terms and Conditions of Admission | |
| 39. | CCSF-NIETO_000378 – 381 | Incident Report No 130183762 | |
| 40. | | Criminal Protective Order Against Vega; Case No. 13006859 | |
| 41. | | Incident Report No. 130431260 | |
| 42. | | Motion to Revoke probation of Arthur Vega | |
| 43. | | Taser ECD Training Class Registration in 2013 | |
| 44. | CCSF-NIETO_003418 - 20 | Incident Report No. 130777177 | |
| 45. | CCSF-NIETO_7808 - 09 | Taser Packing List | |
| 46. | CCSF-NIETO_000392 – 397 | Incident Report No. 140190127 | |
| 47. | CCSF-NIETO_000398 - 400 | Incident Report No. 140215941 | |
| 48. | CCSF-NIETO_000476 – 491 | Civil Harrassment restraining Order against Alejandro Nieto | |
| 49. | CCSF-NIETO_003424 - 30 | Temporary Restraining Order Request | |
| 50. | CCSF_NIETO_000492 - 505 | Civil Harassment Application for Yajaira Barrera Estrada | |
| 51. | | Transcription of CAD Audio 3 1911-1952 dp13 | |
| 52. | | Transcription of CAD Audio 2 1911-1927 dp09 | |
| 53. | CCSF-NIETO_000333 – 358 | Property Receipts and Photocopies of Property Envelopes | |
| 54. | CCSF-NIETO_006375 | OCC Video of dispatch radio 1 | |
| 55. | CCSF-NIETO_000034 | CAD Audio 10 2110-2128 | |
| 56. | CCSF-NIETO_000001 - 12 | Incident Report 3/21/2014 | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 57. | CCSF-NIETO_000043 | CAD Audio 2355-2357 | |
| 58. | CCSF-NIETO_006374 | OCC Video of dispatch radio 2 | |
| 59. | CCSF-NIETO_006376 | OCC Video of dispatch radio 3 | |
| 60. | CCSF-NIETO_000043 | CAD Audio es | |
| 61. | CCSF-NIETO_000035 | CAD Audio 11 2112-2112 dp 17 | |
| 62. | CCSF-NIETO_003431 - 36 | Temporary Restraining Order Case No. CCH-14-575545 | |
| 63. | CCSF-NIETO_000267 - 90 | San Francisco Police Department Crime Scene Response Form, Observations/Notes for Case No. 140240512 | |
| 64. | CCSF-NIETO_000040 | CAD Audio 16 2308-2309 dp14 | |
| 65. | CCSF-NIETO_000028 | CAD Audio 6 1920-1923 dp10 14 | |
| 66. | CCSF-NIETO_000024 | CAD Audio 2 1911-1927 dp09 | |
| 67. | CCSF-NIETO_000029 | CAD Audio 6a 1925-1927 dp19 | |
| 68. | CCSF-NIETO_000033 | CAD Audio 9 2030-2106 pd-a12 | |
| 69. | CCSF-NIETO_000031 | CAD Audio 7a1939-1940Su04q | |
| 70. | CCSF-NIETO_000039 | CAD Audio 15 2245-2245 dp09 | |
| 71. | CCSF-NIETO_000023 | CAD Audio 1 1909-1922 dp05 | |
| 72. | CCSF-NIETO_000045 | CAD Audio 21 0048-0050 dp13 | |
| 73. | CCSF-NIETO_000044 | CAD Audio 20 0031-0032 dp09 | |
| 74. | CCSF-NIETO_000298 - 301 | Firearm Information Report | |
| 75. | CCSF-NIETO_000038 | CAD Audio 14 2201-2202 dp13 | |
| 76. | CCSF-NIETO_000036 | CAD Audio 12 2113-2114 dp10 | |
| 77. | CCSF-NIETO_000013 - 22 | CAD | |
| 78. | CCSF-NIETO_000047 | CAD Audio 23 0116-0121 dp09 | |
| 79. | CCSF-NIETO_000041 | CAD Audio 18 2338-2339 dp13 | |
| 80. | CCSF-NIETO_000030 | CAD Audio 7 1932-2033 pd-a12 ddd | |
| 81. | CCSF-NIETO_000740 | Video of Sawyer Homicide Interview | |
| 82. | CCSF-NIETO_000737 | Audio of Isgitt Homicide interview | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 83. | CCSF-NIETO_000042 | CAD Audio 17 2323-2324 dp13 | |
| 84. | CCSF-NIETO_000736 | Audio of Fritz Homicide Interview | |
| 85. | CCSF-NIETO_000026 | CAD Audio 4 1918-1920 dp10 | |
| 86. | CCSF-NIETO_000027 | CAD Audio 5 1919-1920 dp03 | |
| 87. | CCSF-NIETO_000032 | CAD Audio 8 2003-2005 dp13 | |
| 88. | CCSF-NIETO_000037 | CAD Audio 13 2129-2138 dp13 | |
| 89. | CCSF-NIETO_000025 | CAD Audio 3 1911-1952 dp13 | |
| 90. | CCSF-NIETO_000291 - 97 | Rouede Investigation Notes | |
| 91. | CCSF-NIETO_000209 - 229 | Homicide Interview Transcript: John Cagney and Carl Bonner, interview Richard Schiff | |
| 92. | CCSF-NIETO_007108 - 27 | Chew Homicide Interview Transcript | |
| 93. | CCSF-NIETO_000742 | Interview Video of Nathan Chew with John Burke, Carl Bonner, Jim Posada, and Harry Stern | |
| 94. | | Homicide: OIS Death Notification Transcript: Elvira Nieto, Refugio Nieto | |
| 95. | CCSF-NIETO_007131 - 53 | Morse Homicide Interview Transcript | |
| 96. | CCSF-NIETO_000190 - 208 | Transcript of Homicide Interview of Morse | |
| 97. | CCSF-NIETO_007028 - 60 | Schiff Homicide Interview Transcript | |
| 98. | CCSF-NIETO_000743 | Video of Morse Homicide Interview | |
| 99. | | Transcript of March 22, 2014 Interview of Chew | |
| 100. | CCSF-NIETO_000741 | Video of Schiff Homicide Interview | |
| 101. | CCSF-NIETO_006634 - 45 | California DMV Records for Alejandro Nieto | |
| 102. | CCSF-NIETO_003449 - 53 | Incident Report Statement (Incident No. 140190127) | |
| 103. | CCSF-NIETO_000884 - 915 | Medical Examiner's Report | |
| 104. | CCSF-NIETO_000085 - 103 | Transcript of Fritz Homicide Interview | |
| 105. | CCSF-NIETO_000131 - 149 | Transcript of Isgitt Homicide Interview | |
| 106. | CCSF-NIETO_000169 - 189 | Transcript of Sawyer Homicide Interview | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| | | | |
|---|---|---|---|
| 107. | CCSF-NIETO_006939 - 74 | Morse Internal Affairs Interview Transcript | |
| 108. | CCSF-NIETO_006983 - 7019 | Chew Internal Affairs Interview Transcript | |
| 109. | CCSF-NIETO_006886 - 929 | Schiff Internal Affairs Interview Transcript | |
| 110. | CCSF-NIETO_006824 - 65 | Sawyer Internal Affairs Interview Transcript | |
| 111. | CCSF-NIETO_000076 - 77 | Toxicology Report | |
| 112. | CCSF-NIETO_003367 - 75 | Letter from Chiles to Gascon | |
| 113. | CCSF-NIETO_000083 - 84 | Email from Evan Snow | |
| 114. | CCSF-NIETO_000104 - 20 | Transcript of September 3, 2014 Interview of Evan Snow. | |
| 115. | CCSF-NIETO_006500 | Tim Lane 9/5/14 OCC Interview | |
| 116. | CCSF-NIETO_006499 | Justin Fritz 9/5/14 OCC Interview | |
| 117. | CCSF-NIETO_003202-318 | Ballistics Photographs | |
| 118. | CCSF-NIETO_003319 - 66 | Evidence Receipt, Storage and Disposition Log; Report of Laboratory Examination, Firearms Examination; and Criminalistics Laboratory-Firearm Worksheet; | |
| 119. | CCSF-NIETO_000078 - 82 | Report of Laboratory Examination, Firearms Examination | |
| 120. | CCSF-NIETO_003376 – 383 | Declination letter from Gascon to Suhr | |
| 121. | CCSF-NIETO_003961 - 69 | Woo letter to Pointer attaching declination letter. | |
| 122. | CCSF-NIETO_006498 | Robin Bullard 3/9/15 OCC Interview | |
| 123. | CCSF-NIETO_006494 | Nate Chew 3/31/15 OCC Interview | |
| 124. | CCSF-NIETO_006496 | Jason Sawyer 3/31/15 OCC Interview | |
| 125. | CCSF-NIETO_006495 | Roger Morse 4/1/15 OCC Interview | |
| 126. | CCSF-NIETO_006497 | Richard Schiff 4/1/15 OCC Interview | |
| 127. | CCSF-NIETO_006508 | Seth Riskin 5/19/15 OCC Interview | |
| 128. | CCSF-NIETO_006511 | Evan Snow 5/20/15 OCC Interview | |
| 129. | | Records subpoenaed from UCSF and Alcatraz Tours for trial | |

JOINT PRE-TRIAL CONFERENCE STATEMENT

| 130. |  | ME X-Rays |  |
|------|--|-----------|--|

**10) An Estimate Number of Court Days Each Party Will Need to Present Its Case**

    **a.**  Plaintiff - 4 Court Days

        Defendants:   Assuming that Plaintiffs call Defendants and most of the other police witnesses, Defendants estimate three court days.

**11) A List of all Outstanding Motions**

    **b.**  Plaintiffs filed 11 Motions in Limine in accordance with the Court's Pre-Trial Scheduling Order.

    **c.**  Defendants will be filing motions in limine, but there are no motions outstanding.

**12) The Status of Settlement Negotiations and a Statement Whether Future Negotiations Would Be Productive**

    d.  The parties participated in two settlement conferences before Magistrate Judge James. Plaintiffs are amenable to participating in settlement discussions should Defendants have a good faith interest in settling this matter for an amount beyond nuisance value.

JOINT PRE-TRIAL CONFERENCE STATEMENT

**13) A Statement Concerning Whether Bifurcation or a Separate Trial of Individual Issues is Necessary**

     e.  Plaintiffs are not seeking to have this matter bifurcated and do not think it is necessary.

     f.  Defendants believe that the portion of the trial regarding the amount of punitive damages should be bifurcated.

DATED: January 20, 2016     LAW OFFICE OF JOHN L. BURRIS

By:     __/s/_____
           ADANTE D. POINTER
           LATEEF GRAY
           Attorneys for Plaintiffs

DATED: January 20, 2016     SAN FRANCISCO CITY ATTORNEY'S OFFICE

By:     __/s/_____
           MARGARET W. BAUMGARTNER
           Attorney for Defendants