ADANTE D. POINTER, State Bar # 236229
LATEEF H. GRAY, State Bar # 250055
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:    (510) 839-3882
Adante.pointer@johnburrislaw.com
Lateef.gray@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO NIETO, et al., | Case No.: C14-03823-NC |
| Plaintiffs, | **JOINT PROPOSED STATEMENT OF THE CASE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **Pre Trial Conf:   February 3, 2016** |
| Defendants. | **Trial Date:        March 1, 2016** |
| | **Honorable NATHANAEL COUSINS** |

    By way of this lawsuit, Plaintiffs Refugio and Elvira Nieto seek damages against San Francisco Police Officers Richard Schiff, Jason Sawyer, Roger Morse and Nathan Chew as a result of the shooting death of their adult son, Alejandro "Alex" Nieto.  Specifically, Plaintiffs have alleged the following claims for relief: (1) Excessive force under the Fourth Amendment (42 U.S.C. § 1983); (2) Violation of Plaintiffs' Civil Rights to Familial Relationship under the 14th Amendment (42 U.S.C. § 1983); and (3) Wrongful death (C.C.P. §§ 377.60 and 377.61).

JOINT PROPOSED STATEMENT OF THE CASE       1

The Defendant Officers contend that they used reasonable force under the totality of the circumstance, did not violate any Plaintiffs' constitutional rights and are not liable to Plaintiffs.

Date: January 26, 2015

LAW OFFICES OF JOHN L. BURRIS

/s/
ADANTE D. POINTER
Attorneys for Plaintiffs