**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LATEEF H. GRAY, Esq. SBN 205005**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO and ELVIRA NIETO individually and as the Co-Successors in Interest to ALEJANDRO NIETO, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al. <br><br> Defendants. | CASE NO.:  C14-03823-NC <br><br> MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO BRING EQUIPMENT INTO THE COURTHOUSE; ORDER <br><br> Trial Date: March 1, 2016 <br> Time:         9:00 a.m. <br> Place:        450 Golden Gate Avenue <br>                   Courtroom D <br>                   San Francisco, CA 94102 |

  Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Plaintiffs seek an order from the Court directing the Federal Marshal and/or Security Services to allow Plaintiffs to bring into the Federal Courthouse the following for use at trial in the above-referenced matter:

1. Laptop computers;

2. Extension cords, power cords and other necessary cords;

3. Television monitors;

Dated: Thursday, January 28, 2016 \_\_\_\_\_/s/_____
ADANTÉ D. POINTER

ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;

2. Extension cords, power cords and other necessary cords;

3. Television monitors.

**IT IS SO ORDERED.**

January 28, 2016
DATED                                   UNITED STATES MAGISTRATE JUDGE NATHANAEL COUSINS

