UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 14-cv-03823 NC<br><br>**ORDER REQUIRING PLAINTIFFS TO FILE PROPOSED VERDICT FORM AND PROPOSED JURY INSTRUCTIONS**<br><br>Re: Dkt. No. 68 |

A jury trial is scheduled in this case on March 1, 2016, in Courtroom D in the San Francisco courthouse. A pretrial conference is scheduled for February 3, 2016, at 2:00 p.m. in Courtroom D, San Francisco. In preparation for the pretrial conference, Plaintiffs must file a proposed verdict form and proposed jury instructions by 12:00 p.m. on February 2, 2016.

**IT IS SO ORDERED.**

Dated: February 1, 2016

                                                            NATHANAEL M. COUSINS<br>
                                                            United States Magistrate Judge

Case No. 14-cv-03823 NC