UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03823 NC<br><br>**ORDER RE: RESPONSE TO DEFENDANT'S TRIAL SUBPOENA** |

The Court has received an acknowledgement of receipt of a trial subpoena requesting any documents with clinical information on Alejandro Nieto from UCSF Langley Porter Hospital and Clinic. UCSF states that it is "unable to locate a record of this individual being treated at Langley Porter Psychiatric Hospital and Clinics." This information will not be admitted at trial. If either party wishes to object, it must do so by February 19, 2016.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-03823 NC