**JOHN L. BURRIS, SBN 69888**
**ADANTE D. POINTER, SBN 263229**
**LATEEF H. GRAY, SBN 250055**
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Facsimile
John.Burris@JohnBurrisLaw.com
adante.pointer@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

REFUGIO NIETO, et al.,

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No.: C14-03823-NC

**PLAINTIFFS' UPDATED PRE TRIAL CONFERENCE STATEMENT**

**Trial Date:**     **March 1, 2016**
**Honorable NATHANAEL COUSINS**

Pursuant to the Court's February 9, 2016 Final Pre-Trial Order, Plaintiffs herby submit this Response and corresponding attachments and/or exhibits.

**MEET AND CONFER**

The parties met and conferred by telephone and email regarding the herein referenced matters.

**AMENDED WITNESS LIST**

Plaintiffs have attached their Second Amended Witness List to this document as Exhibit 1.

**AMENDED EXHIBIT LISTS**

Plaintiffs have attached their Second Amended Exhibit List to this document as Exhibit 2.

1
PLAINTIFFS' UPDATED PRE TRIAL CONFERENCE STATEMENT

## FACT STIPULATIONS

The parties have not reached any factual stipulations.

## TRANSCRIPTS OF ANY AUDIO RECORDINGS TO BE PLAYED AT TRIAL

The parties exchanged and reviewed transcripts of audio recordings that they may use at trial. Plaintiffs produced and exchanged transcripts of witness Isgitt's 911 call and witness Bullard's recorded statement. Defendants made revisions/edits and Plaintiffs accepted those changes. Plaintiffs are still in the process of reviewing four of the seven transcripts the Defendants produced within the last day and a half and are still preparing objections and revisions/edits.

## INFORMATION REGARDING CERTIFIED INTERPRETER

Plaintiffs have retained a certified court interpreter for use during trial. Defendants did not make an objection. Plaintiffs will contact the court to inquire as to whether there is any available equipment for use during trial to assist with communicating between the interpreter and the two Spanish speaking Plaintiffs (i.e.-headphones).

## ALL MOTIONS TO SEAL TRIAL EXHIBITS

The parties do not intend to ask for any trial exhibits to be filed and/or maintained under seal.

## A PLAN FOR PUNITIVE DAMAGES

Should it become necessary to conduct the punitive damage phase of trial, the parties have agreed upon the following course of action:

Testimony will be limited to the four Defendant officers, who will be examined as to their salaries, any other sources of income, investments, interest(s) in real property, and net worth.

## JOINT PROPOSED JURY INSTRUCTIONS

The parties previously prepared and submitted Joint Jury Instructions. In response to the Court's Final Pretrial Order, the parties are attaching as Exhibit 3, a list of joint agreed upon jury instructions, and as Exhibit 4, a list of jury instructions upon which an agreement could not be met.

## **MISCELLANEOUS ISSUES**

Trial Exhibits

During the meet and confer process regarding the above referenced matters, Plaintiffs sought to confirm Defendants were going to bring Plaintiffs' Exhibit No. 64 (the actual bullet casings (shells) recovered from the incident scene) to trial. Defendants did not confirm nor deny the request. As such, Plaintiffs turn to the court to respectfully request Defendants be ordered to bring the 48 bullet casings to trial.

Plaintiffs also made a request for Defendants to allow Plaintiffs' counsel to view the clothes the Decedent was wearing at the time of the incident and to bring those clothes to trial. Defendants rejected Plaintiffs' request, citing the close of discovery and the clothes creating a biohazard if they were to be brought to trial. Plaintiffs hereby respectfully request the Court permit counsel to see the aforementioned clothes at a time mutually convenient to the parties and order Defendants to bring them to trial. However, should the court determine to not order Defendants to bring the clothes to trial, Plaintiffs respectfully request counsel be permitted to photograph the clothes and use the photographs as substitute trial exhibits.

Notification of Witness Order

The parties met and conferred regarding the time frame for a party to provide advanced notification to the other party as to the identity of witnesses they intend to call at trial. The parties have agreed to a 36-hour notification period.

Accommodating Defendants' Witness Availability

Plaintiffs have stipulated to permitting certain Defense witnesses (Chiles, Fries and Cameron) to testify Monday March 7, 2016. However, Plaintiffs are concerned that all three witnesses may not be finished by the end of the day.

DATED: February 17, 2016          LAW OFFICE OF JOHN L. BURRIS

                                  By:   /s/
                                        ADANTE D. POINTER
                                        LATEEF GRAY
                                        Attorneys for Plaintiffs