UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03823 NC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR BIFURCATION AND FOR SHORTENED BRIEFING ADDRESSING BIFURCATION**<br><br>Re: Dkt. Nos. 121, 121-2 |

In this excessive force case, Defendants move for bifurcation of the trial into phases separating liability and damages. However, the request comes a week after the pretrial conference, at which the Court asked Defendants if they wished to move for bifurcation and Defendants stated that they did not. The Court accordingly denies Defendants' motion for bifurcation and for a shortened briefing schedule to address the question of bifurcation as lacking good cause, untimely, and contrary to the position they took at the pretrial conference.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-03823 NC