UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO, et al., | Case No. 3:14-cv-03823 NC |
| Plaintiffs, | **AMENDED ORDER TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning , **at 8:00 a.m.**, for the duration of the trial and during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: February 23, 2016

_____
NATHANAEL COUSINS
United States Magistrate Judge

Case No. 3:14-cv-03823 NC
ORDER FOR REFRESHMENTS