**Volume 5**

**Pages 1 - 20**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Nathanael M. Cousins, Magistrate Judge

| | |
|---|---|
| REFUGIO NIETO, ET AL.,           )<br>                                  )<br>          Plaintiffs,            )<br>                                  )<br>  VS.                             )<br>                                  )<br> CITY AND COUNTY OF SAN           )<br> FRANCISCO, ET AL.,               )<br>                                  )<br>          Defendants.             )<br> _____  ) | **NO. C 14-3823-NC** |

San Francisco, California
Monday, March 7, 2016

**TRANSCRIPT OF PROCEEDINGS**
TESTIMONY OF ELVIRA NIETO

**APPEARANCES**:

For Plaintiffs:
        THE LAW OFFICE OF JOHN L. BURRIS
        7677 Oakport Street - Suite 1120
        Oakland, CA  94621
  **BY:  ADANTE POINTER, ATTORNEY AT AW**
       **LATEEF GRAY, ATTORNEY AT LAW**

For Defendants:
        OFFICE OF THE CITY ATTORNEY
        1390 Market Street - 6th Floor
        San Francisco, CA  94102
  **BY:  MARGARET BAUMGARTNER, ATTORNEY AT LAW**
       **REBECCA BERS, ATTORNEY AT LAW**

Reported By:     Pamela A. Batalo, CSR No. 3593, RMR, FCRR
                   Official Reporter

# **I N D E X**

| **PLAINTIFFS' WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **NIETO, ELVIRA** | | |
| (SWORN) | 3 | 5 |
| Direct Examination by Mr. Pointer | 3 | 5 |

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 122 | | 13 | 5 |
| 124, Page 157 | | 6 | 5 |
| 124, page 147 | | 8 | 5 |
| 124, page 144 | | 10 | 5 |
| 124, page 131 | | 17 | 5 |
| 124, page 149 | | 18 | 5 |
| 124, page 124 | | 19 | 5 |
| 136, page 100 | | 15 | 5 |

| | |
|---|---|
| 1 | <u>Monday - March 7, 2016</u>                                    3:31 p.m. |
| 2 | **P R O C E E D I N G S** |
| 3 | ---o0o--- |
| 4 | **THE COURT:**  Everybody may be seated and Ms. Nieto may |
| 5 | take the stand. |
| 6 | <u>**ELVIRA NIETO**</u>, <u>**PLAINTIFFS' WITNESS, SWORN**</u> |
| 7 | **THE CLERK:**  Please be seated.  Please state your name |
| 8 | for the record. |
| 9 | **THE WITNESS:**  Elvira Nieto. |
| 10 | **DIRECT EXAMINATION** |
| 11 | **BY MR. POINTER:** |
| 12 | **Q.**   Good afternoon, Mrs. Nieto. |
| 13 | **A.**   Good afternoon. |
| 14 | **Q.**   Mrs. Nieto, where do you -- what city do you currently |
| 15 | live in? |
| 16 | **A.**   In San Francisco, California. |
| 17 | **Q.**   And with whom do you live with? |
| 18 | **A.**   With my husband, Refugio Nieto, Hector Nieto. |
| 19 | **Q.**   And what street do you currently live on in the City of |
| 20 | San Francisco? |
| 21 | **A.**   445 Cortland. |
| 22 | **Q.**   For how long have you lived at Cortland Street address? |
| 23 | **A.**   I've been living there for about 35 years. |
| 24 | **Q.**   Is that the same house in which you have raised your -- |
| 25 | that you raised Hector in? |

| | | |
|---|---|---|
| 1 | **A.** | In the same place, but in a different apartment. |
| 2 | **Q.** | And is that -- you also had another son; is that right? |
| 3 | | **THE INTERPRETER:** Counsel, can you please repeat. |
| 4 | **BY MR. POINTER:** | |
| 5 | **Q.** | You had another son; is that right? |
| 6 | **A.** | Yes. |
| 7 | **Q.** | And what is his name? |
| 8 | **A.** | Hector Nieto. |
| 9 | **Q.** | And you also have a son, Alejandro Alex Nieto; correct? |
| 10 | **A.** | Yes.  Yes. |
| 11 | **Q.** | And did you also raise him at the Cortland Street address? |
| 12 | **A.** | He was also born there. |
| 13 | **Q.** | Now, what do you currently do?  Are you working? |
| 14 | **A.** | I'm retired by now. |
| 15 | **Q.** | And what did you retire from?  What was your line of work? |
| 16 | **A.** | I retired as a housekeeper in a hotel. |
| 17 | **Q.** | And were those hotels here in San Francisco? |
| 18 | **A.** | Yes. |
| 19 | **Q.** | And are you married, Mrs. Nieto? |
| 20 | **A.** | Yes, I'm married. |
| 21 | **Q.** | And to whom are you married to? |
| 22 | **A.** | With my husband, Refugio Nieto. |
| 23 | **Q.** | And for how many years have you been married to Mr. Nieto? |
| 24 | **A.** | For about 35. |
| 25 | **Q.** | Is that 35 years? |

1 **A.** Yes.

2 **Q.** Do you have any other children, other than Hector and
3 Alex?

4 **A.** No. No.

5 **Q.** And while you were working as a housekeeper, who took care
6 of the children?

7 **A.** My husband did.

8 **Q.** Did he stay at home while you went to work every day?

9 **A.** Yes, but he also had other jobs.

10     **MR. POINTER:** Your Honor, I would like to show --
11 actually --

12 **Q.** Ms. Nieto, would you take a look at 124, Bates stamp 157.
13 Mrs. Nieto, do you see that picture there?

14     **MS. BAUMGARTNER:** This is a multi-page exhibit,
15 Your Honor.

16     **MR. POINTER:** 157.

17     **THE COURT:** Just 157 is all he's referring to.

18 **BY MR. POINTER:**

19 **Q.** Do you see the picture, Mrs. Nieto?

20 **A.** Yes.

21 **Q.** Can you identify the people in that picture?

22 **A.** Yes. It's my husband, Alejandro, and Hector Nieto.

23 **Q.** And do you know what city this picture was taken in?

24 **A.** Yes. Here in San Francisco.

25 **Q.** Do you have a sense as to how long ago it was taken?

1  **A.**   Well, Hector was about three or four years old.
2  **Q.**   And can you tell us what was going on in this picture?
3  **A.**   On this day, we went to mass, and on the way out from
4  mass, we were outside of the church.  That's when this was
5  taken.
6          **MR. POINTER:**  Your Honor, I would ask that this photo
7  be admitted into evidence.
8          **THE COURT:**  Any objection?
9          **MS. BAUMGARTNER:**  No objection, Your Honor.
10         **THE COURT:**  Exhibit 124, page 157 is admitted.
11
   (Trial Exhibit 124, Page 157 received in evidence)
12
13 **BY MR. POINTER:**
14 **Q.**   You said this is when you came out of mass?
15 **A.**   Yes.  Yeah.  That's when it happened.
16 **Q.**   Is that something that you and the family would do, would
17 be attend mass together?
18 **A.**   Yes.  Yes.
19 **Q.**   And did you still, up until the point in time of Alex's
20 passing -- did you occasionally still go to church with him?
21 **A.**   I would go with him to church.  While they were young
22 kids, every eight days we would go to mass.  Later on when they
23 grew up, then -- he wouldn't go.
24 **Q.**   And Alex attended San Francisco schools; right?
25 **A.**   Yes.

1  **Q.**  And he ultimately finished high school and received some
2  type of certificate; right?
3  **A.**  Yes.  He . . .
4  **Q.**  And can you explain or talk to us about some of the work
5  that he did as it relates to campaigning?
6  **A.**  Well, he enjoyed a lot since he was 17 years old.  There
7  was a community center, and he would enjoy going there a lot to
8  seal envelopes with letters, and that's where he was offered
9  work.
10 **Q.**  And did that make you proud, knowing that your son was
11 engaged in those type of activities?
12 **A.**  Oh, yes.  I was feeling very proud because he enjoyed
13 helping.  Yeah, he did.
14 **Q.**  I'd ask that you take a look at the same exhibit, 124,
15 Bates stamp page 147.
16      Mrs. Nieto, who are the people in that particular photo?
17 **A.**  Well, here I see Alejandro and -- and Clinton.
18 **Q.**  Now, do you recall when you first saw that picture?
19 **A.**  Well, yes, because he was very happy.
20 **Q.**  When you say *he*, do you mean Alex?
21 **A.**  Yes.
22 **Q.**  Can you tell us about when he showed you that photo for
23 the first time?
24 **A.**  It must have been two weeks after his campaign.  He was
25 very happy.

1  **Q.** Did Alex -- did you see that at your home or somewhere
2  else?
3  **A.** Yes.
4  **Q.** And did that photo go anywhere within your home?
5  **A.** He had it in an album.
6  **Q.** How did you feel about his feelings in terms of this
7  photo?
8  **A.** He was feeling very satisfied, very content about being
9  able to help out.
10         **MR. POINTER:** Your Honor, may -- I'd ask that we admit
11 this photo into evidence as well.
12         **THE COURT:** 147 is admitted.
13         **MR. POINTER:** Yes.
14         **THE COURT:** Yes.
15 (Trial Exhibit 124, page 147 received in evidence)
16 **BY MR. POINTER:**
17 **Q.** And was this photo and his meeting President Clinton
18 something he would talk about around the house?
19         **MS. BAUMGARTNER:** Objection, Your Honor. Vague as to
20 time.
21         **THE COURT:** Overruled.
22         **THE WITNESS:** He was very happy at knowing that he was
23 doing good things.
24 **BY MR. POINTER:**
25 **Q.** How did that make you feel?

1  **A.**  I was feeling very happy and also very proud of him.
2  **Q.**  And you said -- did that photo have any particular place
3  where it stayed in your home?
4          **MS. BAUMGARTNER:**  Objection, Your Honor.  It's been
5  asked and answered.
6          **THE COURT:**  Overruled.
7          **THE WITNESS:**  He had it in -- in an album.
8  **BY MR. POINTER:**
9  **Q.**  And would he do anything with that album from time to
10 time?
11 **A.**  Very frequently he would have a look at it, yeah.
12 **Q.**  Would you look at it, too?
13 **A.**  Yes.
14 **Q.**  Now, I want to ask you to look at Bates stamp 144.
15      Mrs. Nieto, are you nervous?
16 **A.**  A little.  A little.
17 **Q.**  Have you ever testified in court before?
18 **A.**  No.  I never been here before.
19         **THE COURT:**  Mr. Pointer, so the jury can see the
20 witness, if you don't stand between them, that will help them
21 to observe her.
22         **MR. POINTER:**  Sorry.
23         **THE COURT:**  Thank you.
24 **BY MR. POINTER:**
25 **Q.**  I would ask you to look at 144.  Who's in that photo?

1  **A.**  In this photo, we can see Alejandro and Amiano.
2  **Q.**  And do you know when this photo was taken in terms of what
3  Alex had been doing at that point in time?
4  **A.**  This was also during a campaign when he was running to be
5  a supervisor.
6         **MR. POINTER:**  Your Honor, I would ask that this
7  Exhibit 144 be admitted into evidence as well.
8         **THE COURT:**  144 is admitted.
9  (Trial Exhibit 124, page 144 received in evidence)
10 **BY MR. POINTER:**
11 **Q.**  Can we have the lights dimmed just a little bit.
12        **MS. BAUMGARTNER:**  Whoa, whoa, whoa.  Your Honor --
13        **THE COURT:**  One at a time.
14 **BY MR. POINTER:**
15 **Q.**  Did Alex share this photo with you as well?
16 **A.**  Yes.  He showed it to me, and he was very happy.
17 **Q.**  And how did it make you feel to see your son happy?
18 **A.**  Well, I felt really, really proud.  I know he was going --
19 doing good deeds, yeah.
20 **Q.**  Now, did Alex attend college?
21 **A.**  Yes, he did go to college.
22 **Q.**  What college did he attend, as far as you're aware of?
23 **A.**  Well, he -- he began when he was a child, Paul Revere.
24 Then he went to Hausman, and then he went to Warrensburg, and
25 then he went to City College.

1  **Q.** And when he went to City College, how did that make you
2  feel?
3  **A.** I felt very happy because he said he was going to -- he
4  was going to go to City College and from there on he would keep
5  on going forward.
6  **Q.** Now, how far did you get in your own education?
7  **A.** Fourth year of high school.
8  **Q.** And was it a source of pride for you to know that your son
9  had gone on to pursue higher education?
10 **A.** I felt very proud knowing that my son was going to -- he
11 was going to keep on studying with a lot of effort.  He was
12 working and he was attending school.
13 **Q.** And as far as you know, how did it make your husband feel
14 to know that Alex had gone on to pursue higher education?
15           **MS. BAUMGARTNER:** Objection, Your Honor.  Hearsay and
16 calls for speculation.
17           **THE COURT:** Sustained as to hearsay.
18      Next question.
19 **BY MR. POINTER:**
20 **Q.** Did you have occasion to go to City College and celebrate
21 Alex walking the stage?
22 **A.** Can you please repeat?
23 **Q.** Yeah, sure.
24      Do you recall if you and your family ever went to City
25 College to celebrate Alex going and walking the stage --

1 participating in the graduation ceremony?
2 **A.**   Yes.  Yes.  Yes.
3 **Q.**   Can you describe that day, please.
4 **A.**   On his graduation day, he told me, "Mommy, it's going to
5 be my graduation.  Can you ask my aunt if she would like to go.
6 Also my uncle, my Uncle Juan, if they would like to come to the
7 party."  Yeah.  To the party.
8 **Q.**   So did you -- did your family host a party to celebrate
9 this accomplishment?
10 **A.**   Yes.  We went to share a meal together later on that day.
11 **Q.**   Uh-huh, uh-huh.
12     Did you actually watch Alex walk across the stage with his
13 cap and gown?
14 **A.**   Oh, yes.
15 **Q.**   I'd ask you to look at what's Bates stamped page 122.  Do
16 you recognize the photo that's Bates stamped 122?
17 **A.**   Here is Alejandro with his certificate.  My sister
18 Ophelia, and then next to her is her daughter -- Juan's
19 daughter and his wife, Juan's wife.
20 **Q.**   And how did you feel on this day watching your son?
21 **A.**   I felt very, very, very happy and he was very happy.
22 **Q.**   And was Mr. Nieto there that day as well?
23 **A.**   He had an emergency and he had to go to Mexico.
24 **Q.**   And so were you there to give your son a hug as he came
25 off the stage?

1       **MS. BAUMGARTNER:** Objection, Your Honor. Leading.

2       **THE COURT:** Overruled.

3       **THE WITNESS:** Yes. I was there.

4       **MR. POINTER:** Your Honor, I would ask that we publish

5 122 and that will be moved into evidence.

6       **THE COURT:** 122 is admitted. Proceed.

7 (Trial Exhibit 122 received in evidence)

8 **BY MR. POINTER:**

9 **Q.** And you said your sister was there?

10 **A.** Yes. My sister, the one who is next to -- next to

11 Alejandro.

12 **Q.** Uh-huh. And where is this picture at? Where is this

13 picture at currently?

14 **A.** I don't know. I don't recall who took it.

15 **Q.** Is it in your home? Do you have it anywhere in your

16 house?

17 **A.** No.

18 **Q.** Now, you mentioned that he had received a certificate.

19 **A.** He received a diploma.

20 **Q.** And when did you -- when did you -- did you see the

21 actual -- did you actually see the certificate yourself?

22 **A.** Yes.

23 **Q.** Okay. I'd ask that you look at Bates stamp 100.

24       **MS. BAUMGARTNER:** I don't think --

25       **THE COURT:** Hold on.

1       **MR. POINTER:** It's in Exhibit 136, Your Honor.
2       **THE COURT:** Thank you.
3   **BY MR. POINTER:**
4   **Q.** I'm asking you to look at Exhibit 136, Bates stamp 100.
5   Have you seen that before, Mrs. Nieto?
6   **A.** Yes, I have seen this before.
7   **Q.** Why don't you explain when is the first time you saw this.
8   **A.** I received the certificate about a few days before May
9   10th.
10  **Q.** When you say you received it, what do you mean by that?
11  **A.** I got it -- I got it in the mail.
12  **Q.** And you said you got it sometime around May 10th. Is
13  there any significance around May 10th to you?
14  **A.** Yes. Yes. Something big.
15  **Q.** What do you mean by that, something big?
16  **A.** This was big because this was the outcome of all the
17  effort he had put into this. I -- I want to say -- I want to
18  say something.
19  **Q.** Yes. Please say it.
20  **A.** When I got this, I felt very sad and I began to cry.
21      **MR. POINTER:** Your Honor, may I publish --
22      **THE WITNESS:** But my husband told me that it was a
23  gift from him.
24      **MR. POINTER:** Your Honor, may I admit 100 into
25  evidence, Your Honor.

1        **THE COURT:** It's Exhibit 136.  Yes.  It's admitted.
2    (Trial Exhibit 136, page 100 received in evidence)
3        **MR. POINTER:** Exhibit 136.
4    **Q.** And when you said that you considered this to be a gift,
5    you mean a gift from Alex?
6    **A.** Yes.  Because he didn't get to see it.
7    **Q.** What do you mean by that?  Do you mean that you got this
8    after he had been killed?
9    **A.** Yes.  Yes.  I got it -- he was killed on March -- March
10   21st.  So I got it a week -- a week before May 10th.
11   **Q.** Now, what's today's date, Mrs. Nieto?
12   **A.** Today?  Today is March 7th.  March 7th, 2016.  2016.
13   **Q.** Last Friday -- did last Friday have any significance to
14   you and your family?
15   **A.** Yes, because it was -- it was my son Alejandro's birthday.
16   He would have turned 30 years old.  And today -- today is also
17   an important today because today is my son's Hector's birthday.
18   **Q.** Did your family do anything to commemorate or celebrate
19   Alex's 30th birthday?
20   **A.** Yes.  When we were here in the courthouse, we bought some
21   flowers, some balloons, and a cake, and we went to eat it in
22   the -- in the hills, yeah.
23   **Q.** When you say you went to the hills, what do you mean by
24   that?  Can you be any more specific, Mrs. Nieto?
25   **A.** There where my son was killed.  We ate cake there.  We --

1  we -- quite a few people came over and keep us company.
2  **Q.**   Prior --
3            **THE COURT:**  Mr. Pointer, how many more minutes do you
4  have for this exam.  I don't want to disrupt your flow.
5            **MR. POINTER:**  I understand.  I think maybe 10 more
6  minutes.
7            **THE COURT:**  You can conclude in 10?
8            **MR. POINTER:**  I think so.
9            **THE COURT:**  Go ahead.
10 **BY MR. POINTER:**
11 **Q.**   You mentioned you went to the hill.  Is that Bernal
12 Heights Park?
13 **A.**   That's right.  On that day.
14 **Q.**   Is that a place that you knew Alex to go to besides just
15 the day that the incident with the officers took place?
16 **A.**   Every day usually he would go.  Sometimes he would go in
17 the morning, sometimes he would go in the evening.
18 **Q.**   Is that a place that he would go with his father
19 sometimes?
20 **A.**   Sometimes he would keep him company, yes.
21 **Q.**   Do you know if Alex and his father had been going there
22 since they were -- since Alex was a kid?
23 **A.**   Yes.  Sometimes they would go early in the day and
24 sometimes in the afternoon.
25 **Q.**   Now, did you travel with your son from time to time,

1  Mrs. Nieto?
2  **A.**   Yes.  I would -- I would travel.  Yes, I did travel.
3  **Q.**   I'd ask you to look at Exhibit 124, Bates stamped 131.  Do
4  you recognize that photo, Mrs. Nieto?
5  **A.**   Yeah.  It's a picture of -- we went to Mexico.
6  **Q.**   What did you do down there in Mexico?
7  **A.**   We went sightseeing.  I am from a town called Terremoto.
8  Uh-huh.  This picture is from San Miguel Allende.
9  **Q.**   Was Alex with you on this trip?
10 **A.**   Oh, yes.  Yeah.  He's here in this picture.
11         **MR. POINTER:**  Your Honor, permission to publish --
12         **THE COURT:**  Yes.  Granted.  Admitted.  Page 131.
13 (Trial Exhibit 124, page 131 received in evidence)
14         **MR. POINTER:**  Thank you.  131.
15 **Q.**   The other persons in the photos, are they family or
16 friends?  Who are those people?
17 **A.**   Here is one of my husband's brothers.  And these two are
18 my sisters-in-law.
19 **Q.**   And would you and your family spend holidays together,
20 Mrs. Nieto?
21 **A.**   Yes.  Yes.  Yes, we did.
22 **Q.**   I'd ask that you turn to Exhibit 124, Bates stamp 149.
23 I'd ask that you look at Exhibit 149.
24         Do you recognize anyone in that photo?
25 **A.**   Yes.  Here is Alejandro.  This is his cousin.  His cousin.

1  Those three young girls are -- are also three female cousins.
2  **Q.**   And do you recall what holiday this was?
3  **A.**   This is from Christmas.  Christmas.
4         **MR. POINTER:**  Your Honor, permission to publish
5  Exhibit 124, Bates stamp 149.
6         **THE COURT:**  Granted.  It's admitted.
7  (Trial Exhibit 124, page 149 received in evidence)
8  **BY MR. POINTER:**
9  **Q.**   And, Mrs. Nieto, which one of two gentlemen there is Alex?
10 **A.**   The one who is sitting with that big smile.
11 **Q.**   Now, you mentioned your son had done some work on some
12 campaigns earlier.
13 **A.**   Yes.  He did various campaigns.
14 **Q.**   Did you also know him to actually have -- have jobs and
15 hold employment?
16 **A.**   Always.  The whole time he had jobs, yes.
17 **Q.**   I'm going to ask you to look at what's been Bates stamped
18 124.  Do you recognize the person in that photo, Mrs. Nieto?
19 **A.**   Yes.  It's my son Alejandro.
20 **Q.**   And in terms of the way he's dressed, do you recognize
21 what he had on?
22 **A.**   Yes.  This was a different suit that he wore for work.  He
23 felt very, very happy about being able to wear that clothing.
24 **Q.**   How did that make you feel to know your son was happy?
25 **A.**   Well, I felt well because -- because I noticed he was

1  happy that he -- he liked -- that he really liked his jobs.
2  **MR. POINTER:** I would ask, Your Honor, that 124 be
3  admitted into evidence.
4  **THE COURT:** Page 124 is admitted into evidence.
5  (Trial Exhibit 124, page 124 received in evidence)
6  **BY MR. POINTER:**
7  **Q.** What type of clothing was Alex wearing in this photo?
8  **A.** This is his uniform, the uniform he wore for work.
9  **Q.** And what type of work was that that you knew him to be
10 performing?
11 **A.** He was a security -- he's security.
12 **Q.** Did Alex ever contribute money towards your house?
13 **MS. BAUMGARTNER:** Objection, Your Honor.  This goes to
14 the --
15 **THE COURT:** Sustained.  Let's bring this to a close,
16 Mr. Pointer.
17 **MR. POINTER:** Sure.
18 **Q.** Now that Alex is gone, Mrs. Nieto, how has that affected
19 your life?
20 **A.** Well, it has affected me a lot because in the beginning, I
21 could not believe it.  And even now, I still can't -- I can't
22 believe it.  My heart is not accepting it, that he's not here
23 with me anymore.
24 **Q.** And how has it affected your husband, Mrs. Nieto?
25 **MS. BAUMGARTNER:** Objection, Your Honor.  Calls for

1   speculation.

2          **THE COURT:** Overruled.

3          **THE WITNESS:** The same way. It has affected him a

4   lot, too. Sometimes I notice he's rather sad. But what he

5   does every day in the morning, he goes for a walk over there,

6   over there where he was killed. Sometimes he goes twice, twice

7   a day.

8          **MR. POINTER:** Thank you, Your Honor. No further

9   questions.

10

11

12                    CERTIFICATE OF REPORTER

13         I certify that the foregoing is a correct transcript

14   from the record of proceedings in the above-entitled matter.

15

16   DATE:   Monday, March 7, 2016

17

18   *Pamela A. Batalo*
    _____

19   Pamela A. Batalo, CSR No. 3593, RMR, FCRR
    U.S. Court Reporter

20

21

22

23

24

25