UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO NIETO and ELVIRA NIETO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD SCHIFF, JASON SAWYER, ROGER MORSE, and NATHAN CHEW,<br><br>　　　　　Defendants. | Case No. 14-cv-03823 NC<br><br>**JUDGMENT** |

In accordance with the jury's verdict in this matter, as rendered in court on March 10, 2016, and as memorialized in the verdict form, IT IS HEREBY ORDERED THAT final judgment in this action is entered in favor of defendants Richard Schiff, Jason Sawyer, Roger Morse, and Nathan Chew and against plaintiffs Refugio and Elvira Nieto and the estate of Alejandro Nieto.

**IT IS SO ORDERED.**

Dated:  March 10, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 14-cv-03823 NC