# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO and ELVIRA NIETO,<br><br>       Plaintiffs,<br><br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and others,<br><br>       Defendants. | Case No. 14-cv-03823 (NC)<br><br>**NOTICE RE: LETTER RECEIVED IN RESPONSE TO TRIAL SUBPOENA** |

The Court today received from UCSF Medical Center Health Information Management Services a letter response to a trial subpoena served January 29, 2016. There are no documents produced with the letter. The letter indicates that the request for information "cannot be processed."

Given the closed status of the case, the Court is inclined to discard this letter and not to file it in the public record. If any party disagrees with this approach, please file a response to this Notice by April 26, 2016.

IT IS SO ORDERED.

Date: April 19, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-03823 (NC)